IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

United States

Plaintiff,

vs.

Spenser WARE

Defendant.

CASE NO. 4:23 mj 3126

WAIVER OF PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

_____
Defendant

Date: 10-13-23

_____
Attorney for Defendant

Date: 10.13.23

## ORDER

**IT IS ORDERED** that the defendant's waiver is hereby accepted, and the defendant shall appear for future proceedings.

DATED this 13th day of October, 2023.

BY THE COURT:

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT